UNITED STATES of America, Plaintiff–Appellee,

v.

Michael Glenn BENTLEY, Defendant–Appellant.

No. 02–7140.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 11, 2002.

Decided Dec. 31, 2002.

Michael Glenn Bentley, Appellant Pro Se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael Glenn Bentley appeals the district court's order denying his post-conviction motions to notice plain error in his conviction and to dismiss the charges against him. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Bentley, No. CR–98–123 (W.D.N.C. July 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*